524

371 A.2d 506
Commonwealth v. Derewal et al., Appellants.

Argued· September 16, 1976. William J. Moran, III, for appellant; James A. Cunningham, Assistant District Attorney, with him William T. Nicholas, District Attorney, for Commonwealth, appellee.

Order affirmed.

371 A.2d 506
Commonwealth v. Dillard, Appellant.

Argued September 16, 1976. Edgar N. Persons, III, for appellant; Jane Cutler Greenspan, Assistant District Attorney, with her F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.